USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-2170 ATHENS PIZZA OF JAFFREY, INC., Petitioner, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Respondent, Appellee. ____________________ ON APPEAL FROM THE ORDER OF THE UNITED STATES TAX COURT ____________________ Before Boudin, Stahl and Lynch, Circuit Judges. ______________ ____________________ Albert Newell on brief for appellant. _____________ Loretta C. Argrett, Assistant Attorney General, Teresa E. __________________ _________ McLaughlin and Tamara W. Ashford, Attorneys, Tax Division, Department __________ _________________ of Justice, on brief for appellee. ____________________ February 3, 1998 ____________________ Per Curiam. Essentially for the reasons stated by the __________ tax court in its order of dismissal, appellant's petition properly was dismissed for lack of jurisdiction. We reject appellant's arguments and conclude, as did the tax court, that no notice of deficiency was issued after 1994 and that the petition filed in 1997 was untimely under 26 U.S.C.  6213(a). Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-